FILED

2023 MAR 24 PM 2:34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

1  Andre Nesbit
2  3756 W Avenue 40
   Suite K, #223
3  Los Angeles, CA, 90065-3666
4  773-848-5295
   andrenesbit@yahoo.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NYA PRUDE<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRE NESBIT<br><br><br>    Defendants | Case No. 2:23-cv-02066-DMG-KS ✗<br><br>NOTICE OF MOTION AND MOTION FOR SANCTIONS<br><br>Date: 9:30 AM<br>Time: 4-21-23<br>CRT: 8C<br>Judge: Dolly M. Gee |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon thereafter as the matter may be heard in the above-entitled court, located at 350 W 1st St, Los Angeles, CA 90012, the Plaintiff, Andre Nesbit, moves the court for an order: (i) to Grant the Plantiff's motion for for sanctions against the the plaintiff and her attorney for violating Federal Rules of Civil Procedure 11(b)(1).

| | |
|---|---|
| 1 | |
| 2 | This Motion is based on this Notice of Motion and Motion, the Memorandum of Points of Authorities filed and served herewith, upon the records and files of the Court in this matter; and upon any other evidence and argument as may be presented prior to or at the time of hearing on the motion as the Court deems appropriate. |
This Motion is based on this Notice of Motion and Motion, the Memorandum of Points of Authorities filed and served herewith, upon the records and files of the Court in this matter; and upon any other evidence and argument as may be presented prior to or at the time of hearing on the motion as the Court deems appropriate.

Dated: March 24, 2023          Respectfully Submitted

*Andre Nesbit*
_____
Attorney Name