Andre Nesbit
3756 W Avenue 40
Suite K, #223
Los Angeles, CA, 900675-3666
773-848-5295
andrenesbit@yahoo.com

FILED
CLERK, U.S. DISTRICT COURT
3/28/23
CENTRAL DISTRICT OF CALIFORNIA
BY: _____EEE_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NYA PRUDE<br><br>            Plaintiff,<br><br>vs.<br><br>ANDRE NESBIT<br><br><br><br>            Defendants | Case No. 2:23-cv-02066-DMG-KSX<br><br>NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR A TRO<br><br>JUDGE: HONORABLE DOLLY M. GEE<br>DATE: 3/31/2023<br>TIME: 9:30 AM<br>ROOM 8C |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon thereafter as the matter may be heard in the above-entitled court, located at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor, Los Angeles, CA 90012, the Plaintiff, Andre Nesbit, moves the court for an order: (i) to Grant the Plantiffs Emergency Motion for a temporary restraining order prohibiting the Honorable Judge Diana Rosario from violating 28 U.S. Code § 1446 and from

making any rulings, judgements, orders, or decrees on case 2014d679286. (ii) to Grant the Plantiffś Emergency Motion for a temporary restraining order prohibiting the Honorable Clerk of the Circuit Court, Iris Martinez from accepting any filing on case 2014d679286. (iii) to Grant the Plantiffś Emergency Motion for a temporary restraining order prohibiting the the plaintiff, Nya Prude, or her attorney from filing on case 2014d679286.

     This Emergency Motion is based on this Notice of Emergency Motion and Emergency Motion, the Memorandum of Points of Authorities filed and served herewith, upon the records and files of the Court in this matter; and upon any other evidence and argument as may be presented prior to or at the time of hearing on the motion as the Court deems appropriate.

Dated: March 28, 2023       Respectfully Submitted

*Andre Nesbit*

Attorney Name