

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 29, 2023

  Clerk, Circuit Court of Cook County, Richard J. Daley Center  
  50 West Washington Street, Room 2600  
  Chicago, IL 60602  

Re:  Case Number:      2:23−cv−02066−DMG−KS     
     Previously Superior Court Case No.     2014−D−679286     
     Case Name:      Nya Prude v. Andre Nesbit     

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on      3/29/2923     , the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Grace Kami*  
     Deputy Clerk
     grace_kami@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____            By: _____
Date                                  Deputy Clerk

G−17 (01/23)   LETTER OF TRANSMITTAL − REMAND TO SUPERIOR COURT